# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 07-541 |
| | CIVIL NO. 10-5453 |
| ALFONSO HOLDER | |

## ORDER

**AND NOW**, this 16th day of May, 2011, upon consideration of Petitioner Alfonso Holder's Motion to Vacate, Set Aside or Correct Sentence (Doc. Nos 54), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE