IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | Case No. 2:07-cr-00541-JDW |
|---|---|
| v. | |
| ALFONSO HOLDER, | |

### ORDER

AND NOW, this 21st day of April, 2021, upon consideration of Alfonso Holder's Emergency Motion For Reduction In Sentence For Extraordinary And Compelling Reasons Pursuant To 3582(c)(1)(A) And Motion For Appointment Of Counsel (ECF No. 59), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
Hon. Joshua D. Wolson
United States District Judge